NEW YORK COUNTY.—HON. D. G. ROLLINS, SURROGATE.—May, 1883.

## DICKEL V. YATES.

*In the matter of the probate of the will of* ALONZO C. YATES, *deceased.*

Section 1023 of the Code of Civil Procedure does not apply to Surrogates' courts.

Hartwell v. McMaster, 4 *Redf.*, 389—approved and followed.

UPON the application by Agnes Sarah Yates, decedent's widow, and another, for probate of decedent's will, written requests to the Surrogate to find certain matters of fact and of law, were filed in behalf of Lillian M. Dickel, and another, contestants.

J. H. STRAHAN, *for proponents.*

JOHN D. TOWNSEND *and* H. M. WHITEHEAD, *for contestants.*

THE SURROGATE.—I agree with the decision in Hartwell v. McMaster (*4 Redf., 389*), that § 1023 of the

Code is inapplicable to the procedure of this court, and that "requests to find" only need to be passed upon in connection with the "settlement of a case," as provided by § 2545.

I, therefore, decline to find for or against the various propositions submitted for my determination.